IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| EAGLE BEAR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INDEPENDENCE BANK, <br><br> Intervenor Plaintiff, <br><br> vs. <br><br> THE BLACKFEET INDIAN NATION, and DARRYL LaCOUNTE, DIRECTOR OF THE BUREAU OF INDIAN AFFAIRS, <br><br> Defendants. | CV-22-93-GF-BMM <br><br><br> ORDER |

The Court issued a stay pending appeal of its December 8, 2023, order (Doc 136) to the United States Court of Appeals for the Ninth Circuit. (Doc. 143.) The Court ordered Plaintiff Eagle Bear, Inc., ("Eagle Bear") to file proof that it had posted a surety supersedeas bond in the amount of $1,000,000 on or before February 8, 2024. (*Id.*) Eagle Bear now moves for the Court to modify the amount of the bond. (Doc. 144.) To permit all parties to fully brief the motion,

**IT IS ORDERED** that

1

1. The deadline for Eagle Bear to file proof that it has posted a supersedeas bond in the amount of $1,000,000 with this Court as ordered (Doc. 143) is extended by thirty-two days.

2. Eagle Bear shall file such proof on or before Monday, March 11, 2024.

**DATED** this 19th day of January, 2024.

_____
Brian Morris, Chief District Judge
United States District Court