Neil G. Westesen
Uriah J. Price
Griffin B. Stevens
CROWLEY FLECK PLLP
P.O. Box 10969
Bozeman, MT 59719-0969
Telephone: (406) 556-1430
Fax: (406) 556-1433
Email: nwestesen@crowleyfleck.com
       uprice@crowleyfleck.com
       gstevens@crowleyfleck.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION

| | |
|---|---|
| EAGLE BEAR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INDEPENDENCE BANK <br><br> Intervenor Plaintiff <br><br> vs. <br><br> THE BLACKFEET INDIAN NATION, and DARRYL LaCOUNTE, DIRECTOR OF THE BUREAU OF INDIAN AFFAIRS, <br><br> Defendants. | Case No: CV-22-93-GF-BMM <br><br> **NOTICE OF SETTLEMENT AGREEMENT** |

Plaintiff Eagle Bear, Inc., pursuant to a Multilateral Settlement Agreement, entered into by the Blackfeet Indian Nation, Eagle Bear Inc., Independence Bank, and the Bureau of Indian Affairs, and advises the Court that the parties have reached a settlement resolving all claims between them. The Multilateral Settlement Agreement has been approved by the United States Bankruptcy Court in Doc. 379 dated December 18, 2024 in Case No. 4:22-bk-40035-WLH. The bankruptcy proceeding is currently the subject of a Motion for Structured Dismissal filed on January 6, 2025 as Doc. 383. Upon approval of the Structured Dismissal, funding of the Multilateral Settlement, and performance of the underlying obligations, all remaining litigation between the parties will be dismissed with prejudice and the parties will file pleadings to that effect. Eagle Bear Inc. and the Blackfeet Indian Nation will file separately a motion seeking the return of the $862,000 cash bond posted as security during the pendency of the appeal.

Dated this 13th day of January, 2025.

CROWLEY FLECK PLLP

By /s/ Neil G. Westesen
Neil G. Westesen
Uriah J. Price
Griffin B. Stevens
P.O. Box 10969
Bozeman, MT 59719-0969

Attorneys for Plaintiffs

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2025, a true and correct copy of the foregoing was delivered by the following means to the following:

[ ] U.S. Mail            Derek E. Kline
[ ] FedEx                P.O. Box 1577
[ ] Hand-Delivery        Center Harbor, NH 03226
[ ] E-Mail               derekekline@gmail.com
[x] ECF

                         Evan M.T. Thompson
                         Spoon Thompson LLP
                         901 N Benton
                         Helena, MT 59601
                         evan@spoonlaw.com
                         *Attorney for Defendant Blackfeet Indian Nation*

[ ] U.S. Mail            Lynsey Ross
[ ] FedEx                Assistant U.S. Attorney
[ ] Hand-Delivery        U.S. Attorney's Office
[ ] E-Mail               2601 Second Avenue N, Suite 3200
[x] ECF                  Billings, MT 59101
                         lynsey.ross@usdoj.gov

                         John M. Newman
                         Assistant U.S. Attorney
                         U.S. Attorney's Office
                         101 E Front Street, Suite 401
                         P.O. Box 8329
                         Missoula MT 59801
                         John.newman@usdoj.gov
                         *Attorneys for Darryl LaCounte, Director of the Bureau of Indian Affairs*

| | |
|---|---|
| [ ] U.S. Mail | Charles E. Hansberry |
| [ ] FedEx | Jenny M. Jourdonnais |
| [ ] Hand-Delivery | HANSBERRY & JOURDONNAIS, PLLC |
| [ ] E-Mail | 2315 McDonald Avenue, Suite 210 |
| [x] ECF | Missoula, MT 59801 |
| | Chuck@HJBusinessLaw.com |
| | Jenny@HJBusinessLaw.com |
| | *Attorneys for Independence Bank* |

/s/ Neil G. Westesen
Neil G. Westesen