IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| EAGLE BEAR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INDEPENDENCE BANK, <br><br> Intervenor Plaintiff, <br><br> vs. <br><br> THE BLACKFEET INDIAN NATION, and DARRYL LaCOUNTE, DIRECTOR OF THE BUREAU OF INDIAN AFFAIRS, <br><br> Defendants. | CV-22-93-GF-BMM <br><br> ORDER |

Plaintiff Eagle Bear, Inc. ("Eagle Bear") filed a notice of settlement agreement alleging the parties have reached a settlement resolving all claims between them. (Doc. 162.)

Eagle Bear summarizes the ongoing proceedings in the United States Bankruptcy Court in Case No. 4:22-bk-40035-WLH. (*Id*.) The Court understands that the parties will file a notice with the Court, once those proceedings are fully resolved, so that the Court may dismiss the litigation filed in this Court.

Accordingly,

**IT IS ORDERED** that:

1. Eagle Bear shall notify the Court of its intent to dismiss the case within 30 days of resolution of United State Bankruptcy proceeding in Case No. 4:22-bk-40035-WLH.

2. Eagle Bear shall notify the Court and file appropriate motions to return the $862,000 cash bond posted as security during the pendency of appeal.

3. The parties will file a joint motion to dismiss and proposed order with this Court 30 days after the bankruptcy proceedings are resolved.

**DATED** this 14th day of January, 2025.

_____
Brian Morris, Chief District Judge
United States District Court